IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 20-32465 |
| **BOS SOLUTIONS LTD.,** *et al.*,[1] § | |
| § | **Chapter 15** |
| **Debtors in a foreign proceeding.** § | |
| § | **Jointly Administered** |

NOTICE OF FILING OF
MASTER SERVICE LIST AS OF MARCH 26, 2021

**PLEASE TAKE NOTICE** that Ernst & Young Inc. ("EY") solely in its capacity as court-appointed receiver (the "Receiver") of (1) BOS Solutions Ltd., (2) BOS Solutions Inc., (3) BOS Leaseco LLC, (4) BOS Solutions Real Estate Inc., and (5) BOS USHoldco Inc. (collectively, the "Debtors"), based upon the Receivership Order dated May 4, 2020, entered by the Court of Queen's Bench of Alberta in the Judicial Centre of Calgary, Canada, Court File Action No. 2001-05949, and as authorized foreign representative of the above-captioned Debtors, hereby files the *Master Service List as of March 26, 2021* attached hereto as **Exhibit A**.

---

[1] The Debtors are: (1) BOS Solutions Ltd., (2) BOS Solutions Inc., (3) BOS Leaseco LLC, (4) BOS Solutions Real Estate Inc., and (5) BOS USHoldco Inc.

Dated: March 26, 2021
Houston, Texas

        Respectfully submitted,

        **HAYNES AND BOONE, LLP**

        By: */s/ Kelli S. Norfleet*
        Charles A. Beckham, Jr.
        Texas State Bar No. 02016600
        charles.beckham@haynesboone.com
        Kelli S. Norfleet
        Texas State Bar No. 24070678
        kelli.norfleet@haynesboone.com
        Kourtney P. Lyda
        Texas State Bar No. 24013330
        kourtney.lyda@haynesboone.com
        Martha Wyrick
        Texas State Bar No. 24101606
        martha.wyrick@haynesboone.com
        1221 McKinney Street, Suite 21004000
        Houston, Texas 77010
        Telephone: (713) 547-2000
        Facsimile: (713) 547-2600

        **ATTORNEYS FOR CANADIAN RECEIVER**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing pleading was served by electronic transmission via the Court's ECF system to all parties authorized to receive electronic notice in this case on March 26, 2021.

                                             */s/ Kelli S. Norfleet*
                                             Kelli S. Norfleet